IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.  4:14-cr-00073-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| WILLIE RIGGS GODFREY, III | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on January 20, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253 to wit: HP Pavilion A1213 Desktop Computer; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to 18 U.S.C. § 2253(a)(3); and

WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000.  In this matter, the defendant's interest having already been forfeited and no other potential claimants being known, no direct notice need be provided;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the property forfeited in this action;

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the Memorandum of Plea Agreement as to the

defendant Willie Riggs Godfrey, III and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3.    That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

4.    That it appears from the record that no claims, contested or otherwise, have been filed for the property described.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.    This 24 day of June , 2015.

TERRENCE W. BOYLE
United States District Judge

2