UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Willie Riggs Godfrey, III            Docket No. 4:14-CR-73-1BO

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Riggs Godfrey, III, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 9, 2015, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Willie Riggs Godfrey, III, was released from custody on September 19, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 3, 2024, the probation officer received a call from a state trooper with the North Carolina State Highway Patrol who advised that the defendant was involved in a single-car accident in Elizabeth City, North Carolina, and that Godfrey admitted he purposely drove off the road in an attempt to commit suicide. The defendant was immediately transported to the local hospital for a psychiatric evaluation. The probation officer subsequently made contact with the defendant at the hospital, and he confirmed his suicide attempt and stated that he had been experiencing suicidal ideation for two weeks due to anxiety and his inability to secure employment. Godfrey was involuntarily committed on January 3, 2024, and transported to Vidant Behavioral Health in Ahoskie, North Carolina, for further evaluation and treatment. He was discharged from the facility on January 8, 2024, and referred to PORT Health in Elizabeth City for follow-up mental health treatment. Although the defendant is voluntarily participating in mental health treatment at PORT Health, in an effort to reinforce his participation, it is respectfully recommended that Godfrey's terms of supervised release be amended to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Willie Riggs Godfrey, III
Docket No. 4:14-CR-73-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: January 22, 2024

## ORDER OF THE COURT

Considered and ordered this 23 day of Jan, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge