UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willie Riggs Godfrey, III**                                  Docket No. 4:14-CR-73-1BO

## Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Riggs Godfrey, III, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 9, 2015, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Willie Riggs Godfrey, III, was released from custody on September 19, 2023, at which time the term of supervised release commenced.

On January 22, 2024, a Petition for Action was submitted to the court recommending that the defendant's terms of supervised release be modified to include mental health treatment after Godfrey was involuntarily committed and transported to a residential mental health facility on January 3, 2024, following a suicide attempt. He was discharged from the residential mental health facility on January 8, 2024, and referred to PORT Health in Elizabeth City, North Carolina, for follow-up treatment. The court concurred with the recommendation to add mental health treatment on January 23, 2024. Note: The defendant continues to participate in individual mental health treatment and medication management services with PORT Health.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a special condition of supervised release, Godfrey was ordered by the court to undergo a psychosexual evaluation as a result of his conviction for Receipt of Child Pornography. He was evaluated by sex offender treatment provider, Lisa Miller, in Greenville, North Carolina, on December 3, 2023, and January 21, 2024. Per the psychosexual evaluation report dated February 5, 2024, it was recommended that Godfrey participate in individual sex offender treatment and that his supervised release be modified to include conditions prohibiting his possession/use of social networking accounts and sadomasochistic/MASO bindings, restraints, handcuffs, etc. As such, it is respectfully recommended the defendant's supervised release conditions be modified accordingly. Godfrey signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

2. The defendant shall not possess sadomasochistic/MASO bindings, restraints, handcuffs, etc.

Willie Riggs Godfrey, III
Docket No. 4:14-CR-73-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: February 23, 2024

### ORDER OF THE COURT

Considered and ordered this 25 day of February, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge